SCWC-30587

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

DONNA W. KUEHU,
Petitioner/Plaintiff-Appellant,

and

TRINA K. LEE and STEVEN K. ROBELLO,
Respondents/Plaintiffs-Appellees,

vs.

GATE GOURMET, INC.; STATE OF HAWAI‘I;
BARBARA G. KAM; JACQUELINE SHOOK; and BERNADETTE ERWIN,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30587; CIV. NO. 07-1-1542)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Pollack, JJ.,
and Circuit Judge Border, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on December 4, 2012, is hereby rejected.

DATED:  Honolulu, Hawai‘i, January 15, 2013.

| | |
|---|---|
| Donna W. Kuehu, petitioner/ plaintiff-appellant pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Jay S. Handlin, Duane Miyashiro and Lindsay N. McAneeley for respondents Barbara G. Kam, Jacqueline Shook, Bernadette Erwin, and State of Hawai‘i | /s/ Simeon R. Acoba, Jr. |
| | /s/ Richard W. Pollack |
| | /s/ Patrick W. Border |

Gail Y. Cosgrove and
Kunio Kuwabe for respondent
Gate Gourmet, Inc.

